417 A.2d 765

Commonwealth v. Scott, Appellant.

Submitted September 15, 1978. Stephen F. Ritner, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

Judgment of sentence affirmed.

SPAETH, J. concurred in the result.

417 A.2d 765

Commonwealth v. Scott, Appellant.

Submitted September 15, 1978. Robert R. Redmond, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

Judgment of sentence affirmed.

SPAETH, J. concurred in the result.